IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. GREEN,<br><br>          Plaintiff,<br><br>v.<br><br>EILEEN PALEY, *et al.*,<br><br>          Defendants. | Case No. 2:24-cv-3459<br><br>Judge James L. Graham<br><br>Magistrate Judge Elizabeth Preston Deavers |

## ORDER

    This matter is before the Court for consideration of the August 21, 2024 Report and Recommendation of Magistrate Judge Deavers. Magistrate Judge Deavers recommended that Plaintiff's federal claims pursuant to 28 U.S.C. §1915A(b)(1) for failure to state a claim upon which relief may be granted be dismissed without prejudice. (ECF No. 11 at 14). Magistrate Judge Deavers further recommended that the Court dismiss Plaintiff's remaining state law claims and decline to exercise supplemental jurisdiction over these claims (*Id.*).

    The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen (14) days "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (ECF No. 11 at 14-15). The deadline for filing objections to the Report and Recommendation has since expired, and no party has objected to the Report and Recommendation.

    The Court agrees with Magistrate Judge Deavers's Report and Recommendation (ECF No. 11), and it is hereby **ADOPTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: September 24, 2024